UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: THE MATTER OF MAGNOLIA MARINE TRANSPORT COMPANY AS OWNER AND OPERATOR OF THE M/V KATHERINE BERRY PRAYING FOR EXONERATION FROM OR LIMITATION OF LIABILITY | CIVIL ACTION NO. 17-645<br><br>JUDGE BRIAN A. JACKSON<br><br>MAGISTRATE JUDGE ERIN WILDER-DOOMES |

**JOINT MOTION TO DISMISS WITH PREJUDICE**

NOW INTO COURT, through undersigned counsel, come Claimant, Mardriquez Carr, Claimant, Ergon Marine & Industrial Supply, Inc., and Petitioner/Defendant in Limitation, Magnolia Marine Transport Company, who respectfully move this Court for an Order dismissing this case with prejudice. This matter has been resolved. All claims by all parties are requested to be dismissed.

{N3743323.1}

Respectfully submitted,

/s/ C. Barrett Rice
---
JEFFERSON R. TILLERY (#17831)
C. BARRETT RICE (#30034)
CHRISTOPHER K. ULFERS (#36712)
Jones Walker LLP
201 St. Charles Avenue - 48th Floor
New Orleans, Louisiana 70170-5100
Telephone:(504) 582-8238
Facsimile: (504) 589-8238
E-Mail: jtillery@joneswalker.com
brice@joneswalker.com
culfers@joneswalker.com
*Attorneys for Petitioner/Defendant in Limitation, Magnolia Marine Transport Company*

/s/ J. Frederick Kessenich
---
J. FREDERICK KESSENICH (7354)
RYAN M. BOURGEOIS (29098)
KIRK N. AURANDT (25336)
P.O. Box 5350
Covington, Louisiana 70434-5350
Telephone: 985/871-0800
Facsimile: 985/871-0899
*Attorneys for Claimant, Ergon Marine & Industrial Supply, Inc.*

/s/ J. Kyle Findley
---
J. KYLE FINDLEY (34922)
kfindley@arnolditkin.com
KALA F. SELLERS (36182)
ksellers@arnolditkin.com
6009 Memorial Drive
Houston, TX 77098
Telephone: (713) 222-3800
Facsimile: (713) 222-3850
*Attorneys for Claimant, Mardriquez Carr*

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing document has been forwarded to all counsel of record by electronic filing and/or depositing a copy of same in the U. S. mail, postage prepaid and properly addressed this 13th day of December, 2018.

*/s/ C. Barrett Rice*
C. BARRETT RICE